IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SAMUIEL K. MESSIHA,

      Appellant,

v.

FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1652

Opinion filed July 8, 2015.

An appeal from an order of the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Samuiel K. Messiha, pro se, Appellant.

Shenna Stevens of SHD Legal Group P.A., Fort Lauderdale, for Appellee (no appearance).

PER CURIAM.

      DISMISSED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.